## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Kristen Lippert,

                      Plaintiff,      Case No. 11-cv-826 (JRT-TNL)

v.

World Financial Network National Bank,    **Stipulation of Dismissal with Prejudice**

                    Defendant.

      The parties to the above-entitled matter hereby stipulate and agree that this matter be DISMISSED WITH PREJUDICE, and without further costs to the parties herein. The parties further request the Court to enter judgment pursuant to this stipulation.

Dated: October 24, 2011                    Dated: October 24, 2011

ADAM │ WILLIAM LEGAL              MOSS & BARNETT, PA
s/Adam Klotz                                s/Michael Poncin
Adam W. Klotz (#0390925)               Michael S. Poncin (#296417)
adam.klotz@adamwilliamlegal.com      poncinm@moss-barnett.com
8400 Normandale Lake Blvd.              James R. Bedell (#351544)
Suite 920                                        bedellj@moss-barnett.com
Bloomington, MN 55437                 4800 Wells Fargo Center
(612) 636-4530                             90 South Seventh Street
                                              Minneapolis, MN 55402-4129
Attorney for Plaintiff Kristen Lippert    (612) 877-5290

                                              Attorneys for Defendant
                                              World Financial Network National Bank